IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BLAKE DONEGAN,** by and through his mother, **ANGELA DONEGAN,** individually and on behalf of a class, | No. 16-11178 |
| Plaintiff, | Judge: Robert M. Dow, Jr. |
| vs. | Magistrate: Sheila Finnegan |
| **FELICIA F. NORWOOD**, in her official capacity as Director of the Illinois Department of Healthcare and Family Services, | |
| Defendant. | |

**PLAINTIFF'S AND CLASS ADDITIONAL DECLARATIONS
IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION**

Now comes the Plaintiff and Class, by and through attorneys, Robert H. Farley, Jr. Ltd. and Cahill & Associates, and submits the following additional Declarations in support Plaintiff's and Class Motion for a Temporary Restraining Order and Preliminary Injunction.

a) Declaration of Anna Kaye (See Exhibit "D")

b) Declaration of Stacy McCarty, M.D. (See Exhibit "E")

Respectfully submitted,

*/s/ Robert H. Farley, Jr.*
One of the Attorneys
for the Plaintiff

1

Robert H. Farley, Jr.
Robert H. Farley, Jr., Ltd.
1155 S. Washington Street
Naperville, IL 60540
630-369-0103
farleylaw@aol.com

Mary Denise Cahill
Cahill & Associates
1155 S. Washington Street
Naperville, IL 60540
630-778-6500
mdcahill@sbcglobal.net

## **CERTIFICATE OF SERVICE**

      I, Robert H. Farley, Jr., Attorney for the Plaintiff, deposes and states that he caused the foregoing additional Declarations in support of Plaintiff's and Class Motion for Temporary Restraining Order and Preliminary Injunction to be served by electronically filing said document with the Clerk of the Court using the CM/ECF system, this 3rd day of January, 2017.

                                                */s/ Robert H. Farley, Jr.*