IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **BLAKE DONEGAN,** by and through his mother, ANGELA DONEGAN, **ANTONIO CAMPBELL,** by and through his mother, SHANEATHA ROLLING, **JANELLE EATON,** by and through her mother, JACQUELINE EATON and **KINA WINES,** by and through her mother, SHARON QUINN, individually and on behalf of a class, | ) ) ) ) ) ) ) ) | No. | 16-11178 |
| Plaintiffs, | ) ) | Judge: | Robert M. Dow, Jr. |
| vs. | ) ) | Magistrate: | Sheila Finnegan |
| **THERESA A. EAGLESON**, in her official capacity as Director of the Illinois Department of Healthcare and Family Services, | ) ) ) ) ) | | |
| Defendant. | ) | | |

## JUDGMENT ORDER

This cause coming on to be heard pursuant to the Agreed Motion for Entry of Judgment Order, and the Court being fully advised,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Agreed Motion for Entry of Judgment Order (Dkt #93) is granted; and

2. In accordance with this Court's approval of the Settlement Agreement on April 17, 2019 (Dkt. #92), Judgment is entered against the Defendant, and the Defendant is order to pay Class counsel the sum of $140,000 in full settlement of all of Plaintiffs' claims for attorneys' fees and costs associated with this litigation as follows:

    Robert H. Farley, Jr., Ltd. the sum of           $ 134,652.00
    Cahill & Associates Law Group LLC the sum of  $     5,438.00

ENTER:

_____
**Honorable Robert M. Dow, Jr.**
**United States District Judge**

**Dated: May 21, 2019**